**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James E. MACALPINE, Defendant–Appellant.**

No. 14–2058.

United States Court of Appeals, Fourth Circuit.

Submitted: May 21, 2015.

Decided: May 26, 2015.

James E. MacAlpine, Appellant, pro se. Anne Magee Tompkins, United States Attorney, Charlotte, North Carolina; Patrick J. Urda, Laurie Allyn Snyder, United States Department of Justice, Washington, D.C., for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Dismissed in part and affirmed in part by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James E. MacAlpine appeals from the district court's orders: (1) granting the Government's motion to reduce to judgment assessments for taxes, penalties, and interest with respect to MacAlpine's 1999, 2000, 2002, 2003, 2004, 2005, and 2006 federal income tax liability, and (2) denying his motion to vacate.

Because MacAlpine filed his motion to vacate more than 28 days after entry of judgment, the appeal is untimely as to the April 8, 2014, order granting summary judgment in favor of the Government. *See* Fed. R.App. P. 4(a)(4)(A)(vi). Accordingly, we dismiss the appeal from that order for lack of jurisdiction. MacAlpine's motion to vacate the district court's order failed to establish any grounds for such relief. Therefore, we affirm the denial of his motion to vacate on the reasoning of the district court. *United States v. MacAlpine*, No. 1:13–cv–00053–MR–DLH, 2014 WL 4828890 (W.D.N.C. Sept. 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED IN PART; AFFIRMED IN PART.*